

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCINTOSH, Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | |
| PAUL SCHULTZ, et al. Respondents. | : : | NO. 09-1808 |

ORDER

HARVEY BARTLE, III, J.

AND NOW, this **7th** day of **December**, 2009, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
HARVEY BARTLE, III, J.